# WAWRZYN & JARVIS LLC

Matthew M. Wawrzyn
*matt@wawrzynlaw.com*
2700 Patriot Blvd., Suite 250
Glenview, Illinois 60026
847.656.5848

September 27, 2019

<u>Via ECF</u>:

Hon. William H. Pauley, III
United States District Judge
500 Pearl St., Room 1920
New York, NY 10007

**Re:** *Mesa Digital, LLC v. Samsung Electronics America, Inc.*, 19-cv-3957 (WHP)

Dear Judge Pauley:

We represent plaintiff Mesa Digital, LLC ("Mesa") in the above-captioned case.

We write to you on behalf of Mesa and defendant Samsung Electronics America, Inc. ("Samsung") to respectfully request a 30-day stay of all deadlines in this case. The parties have had productive discussions regarding resolution of this case, and Mesa and Samsung are confident that they will be able to reach an agreement that finally resolves all issues within 30 days.

Attached hereto is a proposed Order staying the case for 30 days.

Respectfully submitted,

Matthew M. Wawrzyn

cc via ecf: All Counsel of Record

[encl.]